# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Weems Resorts, LLC**
_____
Debtor(s)

Case No. _____
Chapter **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America** P. O. Box 15184 Wilmington, DE 19850-5184 | **Bank of America** P. O. Box 15184 Wilmington, DE 19850-5184 | **Credit Card** | | **20,203.06** |
| **Capital One** Attn: Bankruptcy Dept. P. O. Box 30285 Salt Lake City, UT 84130-0285 | **Capital One** Attn: Bankruptcy Dept. P. O. Box 30285 Salt Lake City, UT 84130-0285 | **Credit Card** | | **4,769.90** |
| **Discover Business Card** P. O. Box 3023 New Albany, OH 43054-3023 | **Discover Business Card** P. O. Box 3023 New Albany, OH 43054-3023 | **Credit Card** | | **388.31** |
| **Home Depot Credit Services** P. O. Box 653002 Dallas, TX 75265-3002 | **Home Depot Credit Services** P. O. Box 653002 Dallas, TX 75265-3002 | **Credit Card** | | **1,579.56** |
| **Northwest Georgia Bank** P. O. Box 789 Ringgold, GA 30736 | **Northwest Georgia Bank** P. O. Box 789 Ringgold, GA 30736 | **Six security cameras, digital video recorder, monitor, conenctors, etc., for campground** | | **Unknown** (500.00 secured) |
| **Sandra Self, Tax Commissioner Catoosa County, Georgia 796 Lafayette Street Ringgold, GA 30736** | **Sandra Self, Tax Commissioner Catoosa County, Georgia 796 Lafayette Street Ringgold, GA 30736** | **2008 taxes on campground** | | **22,000.00** |
| **Visa** Customer Service P. O. Box 30495 Tampa, FL 33630 | **Visa** Customer Service P. O. Box 30495 Tampa, FL 33630 | **Credit Card - Northwest Georgia Bank** | | **8,678.42** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re   **Weems Resorts, LLC**                                       Case No.           

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Owner/Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 28, 2010**                      Signature   **/s/ Danny O. Weems**

                                                          **Danny O. Weems**
                                                          **Owner/Member/Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy