**SO ORDERED.**

**SIGNED this 16 day of July, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
**Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

WEEMS RESORTS, LLC,  No. 10-13657
d/b/a Chattanooga South KOA Campgrounds,  Chapter 11

### ORDER

This case came on for telephonic status conference on July 16, 2010, for the purpose of setting a hearing on the debtor's Motion to Impose Automatic Stay (docket entry no. 9) and the Response to Motion to Impose Automatic Stay (Docket entry no. 27) by Northwest Georgia Bank. Accordingly,

It is ORDERED that a final hearing on the debtor's Motion to Impose Automatic Stay and Northwest Georgia Bank's Response to Motion to Impose Automatic Stay is set for July 27, 2010, at 11:00 a .m. in Courtroom B, Historic United States Courthouse, 31 East 11th Street, Chattanooga, Tennessee. Although not required, the parties are invited to submit briefs by or before 12:00 p.m., July 26, 2010.

# # #